Elliner Webster, appellee, v. L. E. Shafer, appellant.

Judgment by confession on a judgment note. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1917.

Reversed and remanded with directions.   Opinion filed July 15, 1918.
Dobbins & Dobbins, for appellant.   Roy R. Cline, for appellee.
Mr. Presiding Justice Eldredge delivered the opinion of the court.